## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

IN RE JAMMIE COLLIER

                         Case No. 26-mc-50027

                         Hon. Brandy R. McMillion
                         United States District Judge

_____/

## ORDER SUMMARILY DISMISSING CASE

On January 8, 2026, Jammie Collier ("Collier") instituted a *pro se* case in the Eastern District of Michigan, by filing several documents, including affidavits, notices of default, and an alleged indemnity agreement. *See generally* ECF Nos. 1-6. On January 27, 2026, Collier also filed an Application to Proceed Without the Prepayment of Fees. ECF No. 9. The Court cannot discern what claims Collier is attempting to make and against whom based on his filings with the Court. The flings are void of any facts against any defendant, and do not state any basis for relief upon which he would be entitled to proceed in Court. Rule 8 of the Federal Rules of Civil Procedure requires "[a] pleading that states a claim for relief must contain . . . *a short and plain statement of the claim* showing that the pleader is entitled to relief[.]") Fed. R. Civ. P. 8 (emphasis added). Here, Collier fails to do so.

If Collier believes he has a viable claim, he must set out that claim in short and plain language, including facts associated with his claims. *See* Fed. R. Civ. P.

8.   The Eastern District of Michigan Court website offers a section devoted to "Representing Yourself," including a "How to File a Lawsuit Handbook."  *See* *http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe*.   Collier is instructed to review this website or seek counsel to assist him with filing a proper complaint with the Court.  Because his filings fail to state an adequate claim of relief supported by facts, this case must be dismissed.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Application to Proceed Without the Prepayment of Fees (ECF No. 9) is **DENIED AS MOOT**.

*This is a final order that closes the case.*

**IT IS SO ORDERED**.

Dated: January 29, 2026                               s/Brandy R. McMillion
                                                                    BRANDY R. MCMILLION
                                                                    U.S. District Judge